UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| BRIAN AVERY, et al., } | |
| } | |
| Plaintiffs, } | |
| } | |
| v. } | Case No.: 7:17-cv-00916-RDP |
| } | |
| MERCEDES-BENZ U.S. } | |
| INTERNATIONAL, INC., } | |
| } | |
| Defendant. | |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 24), filed May 15, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this May 15, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.